# United States Court of Appeals For the Federal Circuit

---

In re: WAVERLY LICENSING, LLC,
*Petitioner*

---

2023-109

---

On Petition for Writ of Mandamus to the United
States District Court for the District of Delaware in Nos.
1:22-cv-00420-CFC and 1:22-cv-00422-CFC, Chief Judge
Colm F. Connolly.

---

ON PETITION

---

**RESPONDENT GRANITE RIVER LABS INC.'S RESPONSE TO DECEMBER 2, 2022 ORDER**

/s/ *Adam Hess*
Adam R. Hess
adam.hess@squirepb.com
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Facsimile:   (202) 457-6315

*Attorney for Respondent
Granite River Labs Inc.*

December 9, 2022

Respondent Granite River Labs Inc. ("Granite River") respectfully submits this Response to the Court's December 2, 2022 Order.

Granite River takes no position with regard to the merits of Waverly Licensing LLC's petition for writ of mandamus. Granite River therefore declines to defend the challenged Hearing Order in Case No. 22-cv-422-CFC.

Respectfully submitted,

*/s/ Adam R. Hess*
Adam R. Hess
adam.hess@squirepb.com
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorney for Respondent Granite River Labs Inc.*

FORM 19. Certificate of Compliance with Type-Volume Limitations           Form 19
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-109

**Short Case Caption:** In re Waverly Licensing, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __51__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 12/9/22               Signature: /s/ Adam R. Hess

                            Name: Adam R. Hess

Save for Filing