Appeal No. 23-109

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

In re WAVERLY LICENSING LLC
*Petitioner.*

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in Nos. 1:22-cv-00420-CFC and 1:22-cv-00422-CFC, Chief Judge Colm F. Connolly.

## RESPONDENT AT&T MOBILITY LLC'S RESPONSE PURSUANT TO ORDER ON PETITION FOR WRIT OF MANDAMUS

Christopher D. Bright
Snell & Wilmer L.L.P.
Plaza Tower
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
(714) 427-7000
cbright@swlaw.com

Karen Jacobs
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com

*Counsel for Respondent
AT&T Mobility LLC*

December 9, 2022

# RESPONSE

Defendant AT&T Mobility LLC ("AT&T Mobility") provides the following response pursuant to this Court's December 2, 2022 Order concerning the petition filed by Waverly Licensing LLC ("Waverly") for a writ of mandamus directing the United States District Court for the District of Delaware to vacate its September 21, 2022 order setting an evidentiary hearing for December 6, 2022, and to otherwise end proceedings relating to the district court's standing orders of April 18, 2022. AT&T Mobility and Waverly have resolved their dispute and filed a stipulation of dismissal of Case No. 1:22-cv-00420-CFC (D.I. 28). AT&T Mobility takes no position on Waverly's petition because, consistent with the resolution reached in this litigation, and solely with respect to this litigation—which the parties resolved prior to the Court's December 2, 2022 Order—AT&T Mobility does not intend to oppose the Court's entry of dismissal as set forth above, to take any action to vacate or modify the dismissal order, or to appeal or otherwise challenge any order or judgment in this litigation.

Dated: December 9, 2022 　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Christopher D. Bright*

　　　　　　　　　　　　　　　　Christopher D. Bright
　　　　　　　　　　　　　　　　Snell & Wilmer L.L.P.
　　　　　　　　　　　　　　　　Plaza Tower
　　　　　　　　　　　　　　　　600 Anton Boulevard, Suite 1400
　　　　　　　　　　　　　　　　Costa Mesa, CA 92626-7689
　　　　　　　　　　　　　　　　(714) 427-7000
　　　　　　　　　　　　　　　　cbright@swlaw.com

　　　　　　　　　　　　　　　　Karen Jacobs
　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell LLP
　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　kjacobs@morrisnichols.com

　　　　　　　　　　　　　　　　*Counsel for Respondent*
　　　　　　　　　　　　　　　　*AT&T Mobility LLC*

2

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This Response complies with the type-volume limitation of Fed. Cir. R. 32(b)(1) because this Response contains 170 words, excluding the parts of the Response exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2).

2. This Response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this response has been prepared in a proportionately spaced typeface using Microsoft Office Word in Georgia font, size 14.

*/s/ Christopher D. Bright*
Christopher D. Bright
Snell & Wilmer L.L.P.
Plaza Tower
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
(714) 427-7000
cbright@swlaw.com

Karen Jacobs
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com

*Counsel for Respondent*
*AT&T Mobility LLC*